IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00147–CMA–KMT

TDP, INC. d/b/a TECHNOLOGY DRIVEN PRODUCTS, INC., a Colorado corporation,

   Plaintiff,

v.

WINDSPIRE ENERGY, INC., f/k/a MARIAH POWER, INC., a Delaware corporation,

   Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Stipulated Protective Order" (Doc. No. 29, filed July 2, 2010) is GRANTED. The Protective Order will be entered.

Dated: July 2, 2010.