**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00147-CMA-KMT

TDP, INC., d/b/a TECHNOLOGY DRIVEN PRODUCTS, INC.,
a Colorado corporation,

      Plaintiff,

v.

MARIAH POWER INC., a Delaware corporation,

      Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
_____

      Pursuant to F.R.C.P 41(a), the Court, having reviewed the Stipulated Motion for Dismissal with Prejudice (Doc. # 40), and being fully advised of the premises, hereby GRANTS the Motion.  It is therefore

      ORDERED that all claims by and between the Parties of Record shall be and are hereby dismissed with prejudice, each party to pay its own costs and fees.

      DATED:  December __08__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge